This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CHARLEY ARCHULETA,**

Worker-Appellant,

v.                                      **NO. 29,986**

**SAN JUAN REGIONAL MEDICAL CENTER and N.M. HOSPITAL WORKERS' COMPENSATION GROUP,**

Employer-Insurer/Appellees.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION Gregory D. Griego, Workers' Compensation Judge**

Titus & Murphy Law Firm
Victor Titus
Farmington, NM

for Appellant

Yenson, Lynn, Allen & Wosick, P.C.
Matthew L. Connelly
Albuquerque, NM

for Appellees

### MEMORANDUM OPINION

**FRY, Chief Judge.**

Summary dismissal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired. **DISMISSED.**

**IT IS SO ORDERED.**

**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

**MICHAEL D. BUSTAMANTE, Judge**

**TIMOTHY L. GARCIA, Judge**